

# NUMBER 13-15-00338-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**SUMMAR FINANCIAL, LLC,**                                  **APPELLANT,**

v.

**BETANCOURT & COMPANY,**
**LLC AND EULER HERMES, INC.,**                               **APPELLEE.**

---

### On appeal from the County Court at Law No. 7
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Longoria
### Memorandum Opinion Per Curiam

Appellant, Summar Financial, LLC, appeals an order dismissing its cause of action and granting a post-judgment default against it signed by the trial court on May 7, 2015 in cause number CL-13-1724-G in the County Court at Law Number Seven of Hidalgo County, Texas. Appellant has now filed an unopposed motion to dismiss this appeal on

grounds that this appeal has been rendered moot by subsequent actions in the trial court. Appellant thus requests that we dismiss this appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the appeal is DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
3rd day of September, 2015.